UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. BUREAU OF RECLAMATION<br><br>　and<br><br>NATIONAL MARINE FISHERIES SERVICE,<br><br>　　　　Defendants. | CASE NO. 3:16-cv-04294-WHO<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the Case Management Conference Order (DN 19), Plaintiff Hoopa Valley Tribe and Defendants U.S. Bureau of Reclamation and National Marine Fisheries Service have stipulated to continue the Case Management Conference in the above-captioned matter from October 12, 2016 to November 1, 2016.  The Court finds that the instant stipulation is timely under the Case Management Conference Order and that good cause exists for continuing the Conference.  Therefore,

**IT IS HEREBY ORDERED** that the Case Management Conference is continued to November 1, 2016 at 2:00 P.M.  It is further **ORDERED** that all other dates contained in the Case Management Conference Order (DN 19) are continued commensurately.

Dated: October 3, 2016

　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　United States District Judge