JOHN C. CRUDEN,
Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS, Sr. Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-305-0206 | Fax: 202-305-0275

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. BUREAU OF RECLAMATION<br><br>    and<br><br>NATIONAL MARINE FISHERIES SERVICE,<br><br>    Defendants. | CASE NO. 3:16-cv-04294-WHO<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Pursuant to the Case Management Conference Order (DN 19), Plaintiff Hoopa Valley Tribe, Defendants U.S. Bureau of Reclamation and National Marine Fisheries Service ("Federal Defendants"), and Defendant-Intervenors Klamath Water Users Association, Sunnyside Irrigation District, and Ben DuVal hereby agree and stipulate to continue the Case Management Conference in the above-captioned matter in light of the filing (on October 5, 2016) of Federal

Defendants' motion to dismiss or, in the alternative, to stay ("motion" (DN 33)).[1] The instant stipulation is timely under the Case Management Conference Order (*i.e.*, made "not less than ten days before the conference date"), and good cause exists therefore because Federal Defendants' motion, if granted, could narrow the existing dispute, if not eliminate it altogether.  DN 19 at 2 ¶ 1(d).

WHEREFORE, the parties hereby stipulate to continue the existing November 1, 2016 Case Management Conference date until 14 days after final resolution of Federal Defendants' motion (DN 33), should any Case Management Conference be necessary at that time.

Dated: October 12, 2016

Respectfully submitted,

JOHN C. CRUDEN
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
Wildlife & Marine Resources Section

/s/ *Robert P. Williams*
ROBERT P. WILLIAMS
Sr. Trial Attorney (SBN 474730 (DC))
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0206 | Fax: (202) 305-0275
Email: robert.p.williams@usdoj.gov

*Attorneys for Federal Defendants*

---

[1] Prior to the filing of Federal Defendants' motion, the parties stipulated (on September 30, 2016 (DN 28)) to continue the Case Management Conference from the originally-scheduled date of October 12, 2016 to the current date of November 1, 2016 due to a scheduling conflict of undersigned counsel for Federal Defendants on October 12.

/s/ *Thomas P. Schlosser*
Thomas P. Schlosser WSBA #06276
Thane D. Somerville WSBA #31468
MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE
Suite 1115, Norton Building
801 Second Avenue
Seattle, WA 98104-1509
Tel: 206-386-5200 / Fax: 206-386-7322
t.schlosser@msaj.com
t.somerville@msaj.com

*Attorneys for Plaintiff Hoopa Valley Tribe*

/s/ *Richard S. Deitchman*
SOMACH SIMMONS & DUNN
A Professional Corporation
PAUL S. SIMMONS, ESQ. (SBN 127920)
RICHARD S. DEITCHMAN, ESQ. (SBN 287535)
KRISTIAN C. CORBY, ESQ. (SBN 296146)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
psimmons@somachlaw.com
rdeitchman@somachlaw.com
kcorby@somachlaw.com

*Attorneys for Defendant-Intervenors*
*KLAMATH WATER USERS ASSOCIATION, SUNNYSIDE IRRIGATION DISTRICT, and BEN DUVAL*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  October 13, 2016

WILLIAM H. ORRICK
United States District Judge

3