JOHN C. CRUDEN,
Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS, Sr. Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-305-0206 | Fax: 202-305-0275

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>                Plaintiff,<br><br>        v.<br><br>U.S. BUREAU OF RECLAMATION<br><br>        and<br><br>NATIONAL MARINE FISHERIES<br>SERVICE,<br><br>                Defendants. | CASE NO. 3:16-cv-04294-WHO<br><br>**STIPULATION TO ENLARGE TIME FOR FEDERAL DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS (DN 33)** |

        Pursuant to Local Rule 6-2, Plaintiff Hoopa Valley Tribe, Defendants U.S. Bureau of

Reclamation and National Marine Fisheries Service ("Federal Defendants"), and Defendant-

Intervenors Klamath Water Users Association, Sunnyside Irrigation District, and Ben DuVal

hereby agree and stipulate to Federal Defendants' request to enlarge the time for Federal

1 | Defendants to file a reply in support of their motion to dismiss or, in the alternative, to stay (DN
2 | 33).  Currently, Plaintiff's Opposition to Federal Defendants' motion is due by October 19, 2016,
3 | which would make Federal Defendants' reply brief due within seven days thereof (*i.e.*, by
4 | October 26, 2016) under Local Rule 7-3(c).
5 |
6 | Good cause exists for enlarging the time for Federal Defendants' reply because
7 | undersigned counsel for Federal Defendants will be on work-related travel on other matters
8 | October 25-26, which would leave an insufficient amount of time in which to prepare Federal
9 | Defendants' brief by October 26 given the complexity of the issues involved and the time
10 | required for internal review of the brief, both within the Defendant agencies as well as the
11 | Department of Justice.  An extension of one week (*i.e.*, to November 2, 2016) is the minimum
12 | amount of time necessary to adequately prepare Federal Defendants' reply brief.  Federal
13 | Defendants have not previously sought an extension of this deadline.  The requested extension is
14 | consistent with Local Rule 7-2 and should not affect the hearing date on Federal Defendants'
15 | motion, as the new deadline for their reply brief would be 14 days prior to the scheduled hearing
16 | date of November 16, 2016.
17 |
18 | WHEREFORE, the parties hereby stipulate to enlarge the time for Federal Defendants to
19 | file their reply brief in support of their motion to dismiss up to, and including, November 2,
20 | 2016.
21 |
22 | Dated: October 12, 2016
23 |
24 |                                        Respectfully submitted,
25 |
26 |                                        JOHN C. CRUDEN
27 |                                        Assistant Attorney General
28 |                                        United States Department of Justice
   |                                        Environment & Natural Resources Division

SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
Wildlife & Marine Resources Section

/s/ Robert P. Williams
ROBERT P. WILLIAMS
Sr. Trial Attorney (SBN 474730 (DC))
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0206 | Fax: (202) 305-0275
Email: robert.p.williams@usdoj.gov

*Attorneys for Defendants*

/s/ Thomas P. Schlosser
Thomas P. Schlosser WSBA #06276
Thane D. Somerville WSBA #31468
MORISSET, SCHLOSSER, JOZWIAK &
SOMERVILLE
Suite 1115, Norton Building
801 Second Avenue
Seattle, WA 98104-1509
Tel: 206-386-5200 / Fax: 206-386-7322
t.schlosser@msaj.com
t.somerville@msaj.com

*Attorneys for Plaintiff Hoopa Valley Tribe*

/s/ Richard S. Deitchman
SOMACH SIMMONS & DUNN
A Professional Corporation
PAUL S. SIMMONS, ESQ. (SBN 127920)
RICHARD S. DEITCHMAN, ESQ. (SBN 287535)
KRISTIAN C. CORBY, ESQ. (SBN 296146)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
psimmons@somachlaw.com
rdeitchman@somachlaw.com
kcorby@somachlaw.com

*Attorneys for Defendant-Intervenors*
*KLAMATH WATER USERS ASSOCIATION,*
*SUNNYSIDE IRRIGATION DISTRICT, and BEN*
*DUVAL*

3

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3    Dated:  October 17, 2016

4

5

6    WILLIAM H. ORRICK
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4