JOHN C. CRUDEN,
Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS, Sr. Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-305-0206 | Fax: 202-305-0275

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| HOOPA VALLEY TRIBE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. BUREAU OF RECLAMATION ) <br> ) <br> and ) <br> ) <br> NATIONAL MARINE FISHERIES ) <br> SERVICE, ) <br> ) <br> Defendants. ) | CASE NO. 3:16-cv-04294-WHO <br><br> **STIPULATED REQUEST TO ENLARGE TIME FOR FEDERAL DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS (DN 33) AND TO CONTINUE THE HEARING DATE** |

Pursuant to Local Rule 6-2, Plaintiff Hoopa Valley Tribe, Defendants U.S. Bureau of Reclamation and National Marine Fisheries Service ("Federal Defendants"), and Defendant-Intervenors Klamath Water Users Association, Sunnyside Irrigation District, and Ben DuVal hereby agree and stipulate to Federal Defendants' request to enlarge the time for Federal

1

Defendants to file a reply in support of their motion to dismiss or, in the alternative, to stay (DN 33), and also to continue the hearing on said motion. Currently, Federal Defendants' reply is due by November 2, 2016 (DN 43), and the hearing is scheduled for December 7, 2016 (DN 46).

Good cause exists for enlarging the time for Federal Defendants' reply given the complexity of the issues involved and the workload of undersigned counsel for Federal Defendants. In particular, on October 19, 2016, Plaintiff filed a 25-page opposition to Federal Defendants' motion (DN 44), accompanied by a seven-page declaration (DN 44-1), and a notice of errata or, in the alternative, amendment of plaintiff's first amended complaint (DN 45). Undersigned counsel for Federal Defendants was on work-related travel on October 25-26 and is lead counsel in several other matters that have required significant time commitments since October 19. Given this, the current deadline of November 2 does not afford sufficient time in which to adequately prepare Federal Defendants' reply and secure the necessary internal review of the brief, both within the Defendant agencies as well as the Department of Justice.

Federal Defendants previously requested a one-week extension of the original deadline for their reply (i.e., from October 26 to November 2) so as to not potentially interfere with the then-scheduled hearing date of November 16 (DN 41 & 43); however, the hearing date has since been continued to December 7 (DN 46). In light of this, extending the deadline for Federal Defendants' reply by an additional two weeks (i.e., from November 2 to November 16) will not interfere with the December 7 hearing date on Federal Defendants' motion.

In fact, good cause exists to further continue the hearing date on Federal Defendants' motion from December 7 to January 11, 2017 because undersigned counsel for Federal Defendants will be out of the office on paternity leave for the month of December.

WHEREFORE, the parties hereby stipulate to Federal Defendants' request to extend the time for them to file their reply brief in support of their motion to dismiss up to, and including, November 16, 2016, and to continue the hearing on Federal Defendants' motion to January 11, 2017 at 2 p.m.

Dated: October 28, 2016

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | JOHN C. CRUDEN<br>Assistant Attorney General<br>United States Department of Justice<br>Environment & Natural Resources Division |

Respectfully submitted,

JOHN C. CRUDEN
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
Wildlife & Marine Resources Section

/s/ *Robert P. Williams*
ROBERT P. WILLIAMS
Sr. Trial Attorney (SBN 474730 (DC))
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0206 | Fax: (202) 305-0275
Email: robert.p.williams@usdoj.gov

*Attorneys for Defendants*

/s/ *Thomas P. Schlosser*
Thomas P. Schlosser WSBA #06276
Thane D. Somerville WSBA #31468
MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE
Suite 1115, Norton Building
801 Second Avenue
Seattle, WA 98104-1509
Tel: 206-386-5200 / Fax: 206-386-7322
t.schlosser@msaj.com
t.somerville@msaj.com

*Attorneys for Plaintiff Hoopa Valley Tribe*

/s/ *Richard S. Deitchman*
SOMACH SIMMONS & DUNN
A Professional Corporation
PAUL S. SIMMONS, ESQ. (SBN 127920)
RICHARD S. DEITCHMAN, ESQ. (SBN 287535)
KRISTIAN C. CORBY, ESQ. (SBN 296146)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

psimmons@somachlaw.com
rdeitchman@somachlaw.com
kcorby@somachlaw.com

*Attorneys for Defendant-Intervenors*
*KLAMATH WATER USERS ASSOCIATION,*
*SUNNYSIDE IRRIGATION DISTRICT, and BEN*
*DUVAL*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 28, 2016

_____
WILLIAM H. ORRICK
United States District Judge