JEFFREY H. WOOD, Acting Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS, Sr. Trial Attorney
KAITLYN POIRIER, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-307-6623; Fax: 202-305-0275
Email: robert.p.williams@usdoj.gov
Email: kaitlyn.poirier@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HOOPA VALLEY TRIBE, | Case No. 3:16-cv-04294-WHO |
| Plaintiff, | |
| v. | **STIPULATED REQUEST TO EXTEND FEDERAL DEFENDANTS' RESPONSIVE PLEADING DEADLINE AND THE CASE MANAGEMENT CONFERENCE DEADLINE** |
| U.S. BUREAU OF RECLAMATION, et al., | |
| Defendants, | |
| and | |
| KLAMATH WATER USERS ASSOCIATION, et al., | |
| Defendant-Intervenors. | |

1  3:16-cv-04294-WHO

Stipulated Request to Extend Federal Defendants' Responsive Pleading Deadline and the Case Management Conference Deadline

Pursuant to Civil Local Rule 6-2, Plaintiff, Federal Defendants, and Defendant-Intervenors hereby jointly request by stipulation to: (1) extend the deadline for the parties to have a Case Management Conference, *see* ECF No. 42; (2) extend the deadline for Federal Defendants to answer or otherwise respond to Plaintiff's Second Amended Complaint, ECF No. 87; and (3) establish case management deadlines relating to the Rule 26(f) Report, completing initial disclosures, filing a Case Management Statement, and participating in an ADR Phone Conference. The parties request that the Court establish the following deadlines:

- April 3, 2017 – Deadline for Federal Defendants to answer or otherwise respond to Plaintiff's Second Amended Complaint, ECF No. 87.
- April 21, 2017 – Last day to: file Rule 26(f) Report[1], complete initial disclosures or state objection in Rule 26(f) report, and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement
- April 28, 2017 – Deadline to participate in ADR Phone Conference
- May 2, 2017 – If necessary, Initial Case Management Conference

There is good cause to establish the above schedule, given that similar deadlines have already been established in the related case, *Yurok Tribe v. U.S. Bureau of Reclamation*, 3:16-cv-06863-WHO, and because the parties may need additional time to decide how to proceed with this case following the Court's February 8, 2017 Order. *See* ECF No. 102. The Court has previously granted the following requests for extension of time in this case: (1) Stipulation re: Case Management Scheduling Order, ECF Nos. 29, 42; (2) Stipulation to Enlarge Time for Federal Defendants' Reply In Support of Their Motion to Dismiss, ECF Nos. 43, 54; and (3) Request to Extend Time to Respond to Plaintiff's Motion for Partial Summary Judgment, ECF No. 82. The parties do not believe that granting this stipulation will adversely affect any existing deadlines in the case.

---

[1] Federal Defendants preserve for the record their objection to this case being subject to initial disclosures and all other discovery related deadlines on the grounds that this is an action for review on an administrative record. *See* Fed. R. Civ. P. 26(a)(1)(A); (a)(1)(B)(i); (f)(1).

2   3:16-cv-04294-WHO

Stipulated Request to Extend Federal Defendants' Responsive Pleading Deadline and the Case Management Conference Deadline

For the foregoing reasons, the parties respectfully request entry of this agreed-upon stipulation.

Dated: February 17, 2017

    Respectfully submitted,

    JEFFREY H. WOOD, Acting Assistant Attorney General
    SETH M. BARSKY, Chief
    S. JAY GOVINDAN, Assistant Chief
    ROBERT P. WILLIAMS, Sr. Trial Attorney

    */s/ Kaitlyn Poirier*
    KAITLYN POIRIER, Trial Attorney
    U.S. Department of Justice
    Environment and Natural Resources Division
    Wildlife and Marine Resources Section
    Ben Franklin Station, P.O. Box 7611
    Washington, D.C. 20044-7611
    (202) 307-6623 (tel)
    (202) 305-0275 (fax)
    kaitlyn.poirier@usdoj.gov

    *Attorneys for Federal Defendants*

    */s/ Thane D. Somerville*
    Thomas P. Schlosser WSBA #06276
    Thane D. Somerville WSBA #31468
    MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE
    Suite 1115, Norton Building
    801 Second Avenue
    Seattle, WA 98104-1509
    Tel:    206-386-5200
    Fax:    206-386-7322
    t.schlosser@msaj.com
    t.somerville@msaj.com

    Patricia A. Prochaska, CA #142161
    Attorney at Law
    577 9th Avenue
    Menlo Park, CA 94025
    Telephone:    650-562-7060

3  3:16-cv-04294-WHO

Stipulated Request to Extend Federal Defendants' Responsive Pleading Deadline and the Case Management Conference Deadline

patprochaska@gmail.com
Local Counsel for Plaintiff

*Attorneys for Plaintiff Hoopa Valley Tribe*

SOMACH SIMMONS & DUNN, PC

*/s/ Paul S. Simmons*
Paul S. Simmons

*Attorneys for Defendant-Intervenors Klamath Water Users Association, Sunnyside Irrigation District, and Ben DuVal*

CLYDE SNOW & SESSIONS, P.C.

*/s/ Reagan L.B. Desmond*
Reagan L. B. Desmond

*Attorneys for Defendant-Intervenor Klamath Drainage District*

WANGER JONES HELSLEY PC

*/s/ John P. Kinsey*
John P. Kinsey

*Attorneys for Defendant-Intervenors Klamath Irrigation District and Pine Grove Irrigation District*

### ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Kaitlyn Poirier, attest that concurrence in the filing of the document has been obtained from each of the other Signatories indicated with a "conformed" signature (*/s/*) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: February 17, 2017

Case 3:16-cv-04294-WHO   Document 104   Filed 02/22/17   Page 5 of 6

*/s/ Kaitlyn Poirier*
KAITLYN POIRIER, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 307-6623 (tel)
(202) 305-0275 (fax)
kaitlyn.poirier@usdoj.gov

*Attorneys for Federal Defendants*

5   3:16-cv-04294-WHO

Stipulated Request to Extend Federal Defendants' Responsive Pleading Deadline and the Case Management Conference Deadline

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this ___22nd___ day of ___February___, 2017.

_____
HON. WILLIAM H. ORRICK
United States District Judge

7  3:16-cv-04294-WHO

Stipulated Request to Extend Federal Defendants' Responsive Pleading Deadline and the Case Management Conference Deadline