JEFFREY H. WOOD, Acting Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS, Sr. Trial Attorney
KAITLYN POIRIER, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-307-6623; Fax: 202-305-0275
Email: robert.p.williams@usdoj.gov
Email: kaitlyn.poirier@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HOOPA VALLEY TRIBE, | Case No. 3:16-cv-04294-WHO |
| Plaintiff, | **STIPULATED EXTENSION OF TIME FOR FEDERAL DEFENDANTS' RESPONSIVE PLEADING AND CASE MANAGEMENT DEADLINES** |
| v. | |
| U.S. BUREAU OF RECLAMATION, et al., | |
| Defendants, | |
| and | |
| KLAMATH WATER USERS ASSOCIATION, et al., | |
| Defendant-Intervenors. | |

1

Stip. Extens. Time for FDs' Respons. Pldg. Deadline & Case Man. Deadlines         3:16-cv-04294-WHO

Pursuant to Civil Local Rule 6-2, Plaintiff, Federal Defendants, and Defendant-Intervenors hereby jointly stipulate to a two-week extension of all existing deadlines in this case, including the following:

- April 3, 2017 – Deadline for Federal Defendants to answer or otherwise respond to Plaintiff's Second Amended Complaint (Dckt. No. 87);
- April 21, 2017 – Last day to: file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) report,[1] and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement;
- April 28, 2017 – Deadline to participate in ADR Phone Conference; and
- May 2, 2017 – If necessary, Initial Case Management Conference.

Dckt. No. 104.[2]

Good cause exists for the requested extension because the parties are currently discussing possible resolution of the remaining claims in this case following entry of the Court's February 8, 2017 and March 24, 2017 Orders. Dckt. Nos. 102 & 111.

WHEREFORE, the parties hereby stipulate to extend, by two weeks, each of the aforementioned deadlines to facilitate ongoing discussions, as follows:

- April 17, 2017 – Deadline for Federal Defendants to answer or otherwise respond to Plaintiff's Second Amended Complaint (Dckt. No. 87);
- May 5, 2017 – Last day to: file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) report, and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement;
- May 12, 2017 – Deadline to participate in ADR Phone Conference; and
- May 16, 2017 – If necessary, Initial Case Management Conference.

---

[1] Federal Defendants preserve for the record their objection to this case being subject to initial disclosures and all other discovery related deadlines on the grounds that this is an action for review on an administrative record. *See* Fed. R. Civ. P. 26(a)(1)(A); (a)(1)(B)(i); (f)(1).

[2] The Court established the aforementioned deadlines on February 22, 2017 by approving of the parties' previous stipulated extension. Dckt. No. 104.

2

Stip. Extens. Time for FDs' Respons. Pldg. Deadline & Case Man. Deadlines    3:16-cv-04294-WHO

Dated: March 31, 2017

Respectfully submitted,

JEFFREY H. WOOD, Acting Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS, Sr. Trial Attorney

*/s/ Kaitlyn Poirier*
KAITLYN POIRIER, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 307-6623 (tel) | (202) 305-0275 (fax)
kaitlyn.poirier@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Thane D. Somerville*
Thomas P. Schlosser WSBA #06276
Thane D. Somerville WSBA #31468
MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE
Suite 1115, Norton Building
801 Second Avenue
Seattle, WA 98104-1509
Tel:   206-386-5200 | Fax:   206-386-7322
t.schlosser@msaj.com
t.somerville@msaj.com

Patricia A. Prochaska, CA #142161
Attorney at Law
577 9th Avenue
Menlo Park, CA 94025
Telephone:   650-562-7060
patprochaska@gmail.com
Local Counsel for Plaintiff

*Attorneys for Plaintiff Hoopa Valley Tribe*

3

Stip. Extens. Time for FDs' Respons. Pldg. Deadline & Case Man. Deadlines    3:16-cv-04294-WHO

SOMACH SIMMONS & DUNN, PC

*/s/ Paul S. Simmons*
Paul S. Simmons

*Attorneys for Defendant-Intervenors Klamath Water Users Association, Sunnyside Irrigation District, and Ben DuVal*

CLYDE SNOW & SESSIONS, P.C.

*/s/ Reagan L.B. Desmond*
Reagan L. B. Desmond

*Attorneys for Defendant-Intervenor Klamath Drainage District*

WANGER JONES HELSLEY PC

*/s/ John P. Kinsey*
John P. Kinsey

*Attorneys for Defendant-Intervenors Klamath Irrigation District and Pine Grove Irrigation District*

### ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Kaitlyn Poirier, attest that concurrence in the filing of the document has been obtained from each of the other Signatories indicated with a "conformed" signature (*/s/*) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: March 31, 2017

*/s/ Kaitlyn Poirier*
KAITLYN POIRIER, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 307-6623 (tel)
(202) 305-0275 (fax)
kaitlyn.poirier@usdoj.gov

*Attorneys for Federal Defendants*

4

Stip. Extens. Time for FDs' Respons. Pldg. Deadline & Case Man. Deadlines    3:16-cv-04294-WHO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 31st day of March, 2017.

_____
HON. WILLIAM H. ORRICK
United States District Judge

5

Stip. Extens. Time for FDs' Respons. Pldg. Deadline & Case Man. Deadlines    3:16-cv-04294-WHO