# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

HOOPA VALLEY TRIBE,

    Plaintiff,

v.

U.S. BUREAU OF RECLAMATION, et al.,

    Defendants,

and

KLAMATH WATER USERS ASSOCIATION, et al.,

    Defendant-Intervenors.

Case No. 3:16-cv-04294-WHO

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that all remaining claims in the above-captioned action (i.e., Plaintiff's Claims II, III (as against the Bureau of Reclamation), and IV) be and hereby are dismissed without prejudice pursuant to FRCP 41(a)(1).

The parties have further stipulated as to the form of a proposed final judgment consistent with the disposition of all Counts in Plaintiff's Second Amended Complaint, which is attached hereto.

Plaintiff and Federal Defendants further stipulate that they shall meet and confer with regard to any request by Plaintiff for recovery of attorneys' fees and/or costs and respectfully request that the Court extend the period of time to file any motion for recovery of attorneys' fees and/or costs with this Court to ninety (90) days from the date of entry of Final Judgment in this case.

Dated: July 26, 2017

Respectfully submitted,

JEFFREY H. WOOD, Acting Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
*/s/ Robert P. Williams*
ROBERT P. WILLIAMS, Sr. Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0206 (tel) | (202) 305-0275 (fax)
robert.p.williams@usdoj@usdoj.gov

*Attorneys for Federal Defendants*

/s/ *Thomas P. Schlosser*
Thomas P. Schlosser WSBA #06276
Thane D. Somerville WSBA #31468
MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE
Suite 1115, Norton Building
801 Second Avenue
Seattle, WA 98104-1509
Tel: 206-386-5200 / Fax: 206-386-7322
t.schlosser@msaj.com
t.somerville@msaj.com

*Attorneys for Plaintiff Hoopa Valley Tribe*

SOMACH SIMMONS & DUNN, PC

*/s/ Paul S. Simmons*
Paul S. Simmons

*Attorneys for Defendant-Intervenors Klamath Water Users Association, Sunnyside Irrigation District, and Ben DuVal*

CLYDE SNOW & SESSIONS, P.C.

*/s/ Reagan L.B. Desmond*
Reagan L. B. Desmond

*Attorneys for Defendant-Intervenor Klamath Drainage District*

2

WANGER JONES HELSLEY PC

*/s/ John P. Kinsey*
John P. Kinsey

*Attorneys for Defendant-Intervenors Klamath Irrigation District and Pine Grove Irrigation District*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 3rd day of August, 2017.

HON. WILLIAM H. ORRICK
United States District Judge

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Thomas P. Schlosser, attest that concurrence in the filing of the document has been obtained from the signatories indicated with a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: July 26, 2017

        */s/ Thomas P. Schlosser*
        Thomas P. Schlosser WSBA #06276
        Thane D. Somerville WSBA #31468
        MORISSET, SCHLOSSER, JOZWIAK & SOMERVILLE
        Suite 1115, Norton Building
        801 Second Avenue
        Seattle, WA 98104-1509
        Tel: 206-386-5200 / Fax: 206-386-7322
        t.schlosser@msaj.com
        t.somerville@msaj.com
        *Attorney for Plaintiff Hoopa Valley Tribe*