UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOPA VALLEY TRIBE,<br><br>   Plaintiff,<br><br> v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>   Defendants. | Case No. 16-cv-04294-WHO<br><br>**ORDER GRANTING REQUEST TO ALTER BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 140 |

Pursuant to the parties' stipulation, the Federal Defendants' deadline for filing their response to the Motion for Relief is extended until Friday, March 23, 2018. Plaintiff may file a response on March 28, 2018. Pursuant to Local Rule 7-2(a), however, the hearing on this matter shall remain on April 11, 2018, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 23, 2018

William H. Orrick
United States District Judge