PATTI A. GOLDMAN (WSBA #24426)
*[Admitted Pro Hac Vice]*
STEPHANIE K. TSOSIE (WSBA #49840)
*[Admitted Pro Hac Vice]*
KRISTEN L. BOYLES (CSBA #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104-1711
Ph: (206) 343-7340 | Fax: (206) 343-1526
pgoldman@earthjustice.org
stsosie@earthjustice.org
kboyles@earthjustice.org

*Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Klamath Riverkeeper*

*Additional Counsel on the following page*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INSTITUTE FOR FISHERIES RESOURCES, and KLAMATH RIVERKEEPER,<br><br>Plaintiffs,<br>v.<br><br>U.S. BUREAU OF RECLAMATION, and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants.<br><br>and<br><br>KLAMATH WATER USERS ASSOCIATION, SUNNYSIDE IRRIGATION DISTRICT, BEN DUVAL, KLAMATH DRAINAGE DISTRICT, KLAMATH IRRIGATION DISTRICT, and PINE GROVE IRRIGATION DISTRICT,<br><br>Defendant-Intervenors. | Case No. 3:16-cv-06863-WHO<br><br>Related Case No. C16-cv-04294-WHO<br><br>ORDER GRANTING JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFFS' PETITION FOR ATTORNEYS' FEES |

ORDER GRANTING JOINT STIPULATION
TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFFS'
PETITION FOR ATTORNEYS' FEES
CASE NO. 3:16-CV-06863

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104-1711*
*(206) 343-7340*

| | |
|---|---|
| 1 | STACY P. GEIS (CSBA #181444) |
| 2 | Earthjustice |
|   | 50 California, Suite 400 |
| 3 | San Francisco, CA  94111 |
|   | Ph: (415) 217-2122 | Fax: (415) 217-2040 |
| 4 | sgeis@earthjustice.org |
| 5 | |
|   | *Attorneys for Plaintiffs Pacific Coast Federation* |
| 6 | *of Fishermen's Associations, Institute for Fisheries* |
|   | *Resources, and Klamath Riverkeeper* |
| 7 | |
| 8 | DAWN STURDEVANT BAUM (DCBA #498656) |
|   | *[Admitted Pro Hac Vice]* |
| 9 | Yurok Tribe Office of the Tribal Attorney |
|   | 190 Klamath Blvd. |
| 10 | PO BOX 1027 |
|    | Klamath, CA  95548 |
| 11 | Ph: (707) 482-1350 | Fax: (707) 482-1377 |
| 12 | dbaum@yuroktribe.nsn.us |
| 13 | *Attorney for Plaintiff Yurok Tribe* |

ORDER GRANTING JOINT STIPULATION
TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFFS'
PETITION FOR ATTORNEYS' FEES
CASE NO. 3:16-CV-06863

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104-1711*
*(206) 343-7340*

The JOINT STIPULATION to set a modified briefing schedule regarding Plaintiffs' petition for attorneys' fees, costs, and other litigation expenses and bill of costs is GRANTED.

1. If the Parties are unable to reach a settlement, Plaintiffs will amend their application for an award of attorneys' fees by July 31, 2019.

2. In the event the Plaintiffs amend their application for an award of attorneys' fees, Plaintiffs will note a motion for hearing pursuant to Civil Local Rule 7-2(a) at the time of the amendment.

3. Federal Defendants will respond to Plaintiffs' amended motion within thirty (30) days of the filing of Plaintiffs' amended motion, and Plaintiffs will reply within fifteen (15) days of the filing of Federal Defendant's response.

PURSUANT TO STIPULATION, IT IS SO ORDERED this 28th day of June, 2019.



WILLIAM H. ORRICK
United States District Judge

ORDER GRANTING JOINT STIPULATION
TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFFS'
PETITION FOR ATTORNEYS' FEES
CASE NO. 3:16-CV-06863            - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104-1711*
*(206) 343-7340*

Presented by:

*/s/ Stephanie K. Tsosie*
STEPHANIE K. TSOSIE (WSBA #49840)
*[Admitted Pro Hac Vice]*
PATTI A. GOLDMAN (WSBA #24426)
*[Admitted Pro Hac Vice]*
KRISTEN L. BOYLES (CSBA #158450)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104-1711
Ph: (206) 343-7340 | Fax: (206) 343-1526
pgoldman@earthjustice.org
stsosie@earthjustice.org
kboyles@earthjustice.org

STACY P. GEIS (CSBA #181444)
Earthjustice
50 California, Suite 400
San Francisco, CA 94111
Ph: (415) 217-2122 | Fax: (415) 217-2040
sgeis@earthjustice.org

*Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Klamath Riverkeeper*

DAWN STURDEVANT BAUM (DCBA #498656)
*[Admitted Pro Hac Vice]*
Yurok Tribe Office of the Tribal Attorney
190 Klamath Blvd.
PO BOX 1027
Klamath, CA 95548
Ph: (707) 482-1350 | Fax: (707) 482-1377
dbaum@yuroktribe.nsn.us

*Attorney for Plaintiff Yurok Tribe*

ORDER GRANTING JOINT STIPULATION
TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFFS'
PETITION FOR ATTORNEYS' FEES
CASE NO. 3:16-CV-06863       - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104-1711*
*(206) 343-7340*