ELLEN F. ROSENBLUM
Attorney General of Oregon
J. NICOLE DEFEVER #191525
SARA VAN LOH #264704
Senior Assistant Attorneys General
YOUNGWOO JOH, OSB #164105 (admitted *pro hac vice*)
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (503) 881-9008
Fax: (971) 673-5000
Email: Sara.VanLoh@doj.state.or.us

*Attorneys for Oregon Water Resources Department*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **YUROK TRIBE,** *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. BUREAU OF RECLAMATION,** *et al.,*<br><br>Defendants. | Case No. 3:19-cv-04405-WHO<br><br>Related Cases No. 3:16-cv-04294-WHO<br>No. 3:16-cv-06863-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>DATE: November 9, 2022<br>TIME: 2:00 p.m.<br>Courtroom 2, 17th Floor<br>Judge: Honorable William H. Orrick |

Per Local Rule 6-2, Crossclaim Defendant Oregon Water Resources Department (OWRD); Plaintiffs Yurok Tribe, Pacific Coast Federation of Fishermen's Associations, and Institute for Fisheries Resources (collectively, "Plaintiffs"); Defendant and Crossclaimant United States of America; Crossclaim Defendant Klamath Water Users' Association (KWUA);

Page 1 – Stip. & [Proposed] Order to Enlarge Time on Cross-Mots. Summ. J.

Intervenor Klamath Tribes; and Intervenor Klamath Irrigation District (KID) (all, collectively, "the Parties") submit this stipulation and proposed order to enlarge time on the briefing schedule for the parties' cross-motions for summary judgment by two weeks.

The reason for the requested extension is that the undersigned, OWRD's lead counsel on this matter, has been addressing some unanticipated family obligations for the last several weeks, and co-counsel has also had unavoidable conflicts during the month of June. The two-week extension will give counsel adequate time to prepare OWRD's opposition and cross-motion for summary judgment.

The Parties previously stipulated to extend OWRD's responsive-pleading deadline. Stip., ECF No. 990. The Parties have not requested or received any other extensions of time since OWRD appeared in this action. The extension does not require a new hearing date and will have limited impact on case proceedings.

Accordingly, the Parties stipulate as follows:

1. The deadline for all oppositions to the United States' and Plaintiffs' motions for summary judgment and cross-motions for summary judgment will be extended by two weeks, from July 11, 2022, to July 25, 2022.

2. The deadline for the United States and Plaintiffs to file their respective reply and cross-motion opposition briefs will be 45 days from July 25, 2022, which is September 8, 2022.

3. The deadline for all reply briefs in support of the cross-motions for summary judgment will be 45 days from September 8, 2022, plus one day under Federal Rule of Civil Procedure 6(a)(1)(C), which is Monday, October 24, 2022.

4. The hearing date will remain unchanged.

//
//
//
//
//

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED.** | |
| 2 | DATED June 27, 2022. | |
| 3 | | |
| 4 | *s/ Brittany K. Johnson (with permission)*<br>PAUL S. SIMMONS (CSBA # 127920) | ELLEN F. ROSENBLUM |
| 5 | BRITTANY K. JOHNSON (CSBA # 282001) | Attorney General<br>Oregon Department of Justice |
| 6 | Somach Simmons & Dunn, PC | |
| 7 | 500 Capitol Mall, Suite 1000<br>Sacramento, CA 95814 | *s/ Sara Van Loh*<br>SARA VAN LOH #264704<br>Senior Assistant Attorney General |
| 8 | Telephone: (916) 446-7979<br>Fax: (916) 446- 8199 | |
| 9 | bjohnson@somachlaw.com | ***Attorneys for Oregon Water Resources Department*** |
| 10-11 | ***Attorneys for Defendant-Intervenor Klamath Water Users Association*** | |
| 12 | | |
| 13 | | *s/ Jeremiah D. Weiner (with permission)*<br>JEREMIAH D. WEINER (CSBA # 226340) |
| 14 | *s/ Patti A. Goldman (with permission)*<br>PATTI A. GOLDMAN (WSBA # 24426) | JOE MARTIN, Rosette, LLP |
| 15 | *[Pro Hac Vice]*<br>KRISTEN L. BOYLES (CSBA # 158450) | 1415 L St. Suite 450<br>Sacramento, CA 95814 |
| 16 | Earthjustice<br>810 Third Avenue, Suite 610 | Telephone: (916) 353-1084<br>Fax: (916) 353- 1085 |
| 17 | Seattle, WA 98104<br>Telephone: (206) 343-7340 | jweiner@rosettelaw.com |
| 18 | kboyles@earthjustice.org | ***Attorneys for The Klamath Tribes*** |
| 19 | pgoldman@earthjustice.org | |
| 20 | ANNA K. STIMMEL (CSBA # 322916)<br>Earthjustice | *s/ Thomas K. Snodgrass (with permission)*<br>THOMAS K. SNODGRASS, Senior Attorney |
| 21 | 50 California Street, Suite 500<br>San Francisco, CA 94111 | Natural Resources Section |
| 22 | Ph: (415) 217-2000 | 999 18th Street, South Terrace, Suite 370<br>Denver, CO 80202 |
| 23 | astimmel@earthjustice.org | Telephone: 303-844-7233<br>Fax: 303-844- 1350 |
| 24 | AMY CORDALIS (CSBA # 321257) | thomas.snodgrass@usdoj.gov |
| 25 | 4856 29th St. N. | |
| 26 | Arlington, VA 22207<br>Telephone: (541) 915-3033 | ROBERT P. WILLIAMS, Senior Trial Attorney |
| 27 | acordalis@ridgestoriffles.org | Wildlife and Marine Resources Section |
| 28 | ***Attorneys for Plaintiffs Pacific Coast*** | Ben Franklin Station, P.O. Box 7611 |

Page 3 – Stip. & [Proposed] Order to Enlarge Time on Cross-Mots. Summ. J.

| | | |
|---|---|---|
| 1 | *Federation of Fishermen's Associations, Institute for Fisheries Resources, and Yurok Tribe* | Telephone: 202-307-6623<br>Fax: 202-305-0275<br>robert.p.williams@usdoj.gov |
| 2 | | |
| 3 | | *Attorneys for Federal Defendants and Cross-Claimant United States of America* |
| 4 | s/ Christopher A. Lisieski (with permission) | |

Nathan R. Rietmann
Rietmann Law PC
1270 Chemeketa St. NE
Salem, Oregon 97301
Telephone: 503-551-2740
nathan@rietmannlaw.com

John P. Kinsey and Christopher A. Lisieski
Wanger Jones Helsley PC
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: 559-233-4800
Fax: 559-233-9330
jkinsey@wjhattorneys.com
clisieski@wjhattorneys.com
*Attorneys for Klamath Irrigation District*

I, Sara Van Loh, attest that each of the other signatories concurred in the filing of this document on today's date.

*s/ Sara Van Loh*
SARA VAN LOH

//
//
//
//
//
//
//
//
//
//

Page 5 – Stip. & [Proposed] Order to Enlarge Time on Cross-Mots. Summ. J.


**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 28, 2022

_____

Honorable William H. Orrick

United States District Court Judge