SOMACH SIMMONS & DUNN, PC
A Professional Corporation
PAUL S. SIMMONS, ESQ. (SBN 127920)
BRITTANY K. JOHNSON, ESQ. (SBN 282001)
RICHARD S. DEITCHMAN, ESQ. (SBN 287535)
KYLER C RAYDEN, ESQ. (SBN 330597)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
psimmons@somachlaw.com
bjohnson@somachlaw.com
rdeitchman@somachlaw.com
krayden@somachlaw.com

Attorneys for Defendant-Intervenor, Crossclaim-Defendant, and Counterclaimant KLAMATH WATER USERS ASSOCIATION

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF RECLAMATION and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants,<br><br>and<br><br>KLAMATH WATER USERS ASSOCIATION, THE KLAMATH TRIBES, and KLAMATH IRRIGATION DISTRICT,<br><br>Intervenor-Defendants<br><br>UNITED STATES OF AMERICA,<br><br>Cross-Claimant,<br><br>YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,<br><br>Joined as Cross-Claimants, | Case No. 3:19-cv-04405-WHO<br><br>(Related Case No. 3:16-cv-04294-WHO)<br>(Related Case No. 3:16-cv-06863-WHO)<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>DATE: November 9, 2022<br>TIME: 2:00 p.m.<br>Courtroom 2, 17th Floor<br><br>Judge: Honorable William H. Orrick |

|   |   |
|---|---|
| 1 | v. |
| 2 | KLAMATH WATER USERS ASSOCIATION and OREGON WATER RESOURCES DEPARTMENT, |
| 3 | Crossclaim-Defendants, |
| 4 | and |
| 5 | KLAMATH IRRIGATION DISTRICT, |
| 6 | Intervenor-Defendant. |
| 7 | KLAMATH WATER USERS ASSOCIATION, |
| 8 | Counterclaimant, |
| 9 | v. |
| 10 | UNITED STATES OF AMERICA, |
| 11 | Counterclaim-Defendant. |
| 12 | OREGON WATER RESOURCES DEPARTMENT, |
| 13 | Counterclaimant, |
| 14 | v. |
| 15 | UNITED STATES OF AMERICA, |
| 16 | Counterclaim-Defendant. |

Per Local Rule 6-2, Crossclaim Defendant Oregon Water Resources Department (OWRD); Plaintiffs Yurok Tribe, Pacific Coast Federation of Fishermen's Associations, and Institute for Fisheries Resources (collectively, "Plaintiffs"); Defendant and Crossclaimant United States of America; Crossclaim Defendant Klamath Water Users' Association (KWUA); Intervenor Klamath Tribes; and Intervenor Klamath Irrigation District (KID) (all, collectively, "the Parties") submit this stipulation and proposed order to enlarge time on the briefing schedule for the parties' cross-motions for summary judgment by four days.

The reason for the requested extension is that KWUA's lead counsel on this matter had complications related to her pregnancy that required medical attention. Counsel has now returned to work and resumed work on this matter with her co-counsel. The four-day extension will give KWUA's litigation team adequate time to prepare KWUA's opposition and cross-

1  motion for summary judgment.

2  The Parties previously stipulated to a two-week extension of the deadline for oppositions to the United States' and Plaintiffs' motions for summary judgment and cross-motions for summary judgment. ECF Nos. 1034, 1035. The Parties also previously stipulated to an extension of OWRD's responsive-pleading deadline. ECF No. 990. The Parties have not requested or received any other extensions of time since OWRD appeared in this action.

7  Accordingly, the Parties stipulate as follows:

8  1.  The deadline for all oppositions to the United States' and Plaintiffs' motions for summary judgment and cross-motions for summary judgment will be extended by four days from July 25, 2022, to July 29, 2022.

11  2.  The deadline for the United States and Plaintiffs to file their respective reply and cross-motion opposition briefs will be 45 days from July 29, 2022, which is September 12, 2022.

13  3.  The deadline for all reply briefs in support of the cross-motions for summary judgment will be 45 days from September 12, 2022, which is October 27, 2022.

15  4.  Counsel for the parties remain available for the November 9, 2022 hearing date. If the Court prefers to reschedule the hearing date to a later date, counsel have conferred regarding their availability in November 2022. Counsel for the Klamath Tribes, United States, and Plaintiffs are not available the week of November 21. Counsel for the parties are available all other dates in November 2022.

20  **IT IS SO STIPULATED.**

21  DATED July 20, 2022

*s/ Brittany K. Johnson*
BRITTANY K. JOHNSON (CSBA # 282001)
Somach Simmons & Dunn, PC
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Fax: (916) 446-8199
bjohnson@somachlaw.com

*Attorneys for Defendant-Intervenor Klamath Water Users Association*

ELLEN F. ROSENBLUM
Attorney General
Oregon Department of Justice

*s/ Sara Van Loh (with permission)*
SARA VAN LOH #264704
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
Telephone: (503) 881-9008
Sara.vanloh@doj.state.or.us

*Attorneys for Oregon Water Resources Department*

*s/ Kristen L. Boyles  (with permission)*
PATTI A. GOLDMAN (WSBA # 24426)
[Pro Hac Vice]
KRISTEN L. BOYLES (CSBA # 158450)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Telephone: (206) 343-7340
kboyles@earthjustice.org
pgoldman@earthjustice.org

ANNA K. STIMMEL (CSBA # 322916)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Telephone: (415) 217-2000
astimmel@earthjustice.org

AMY CORDALIS (CSBA # 321257)
4856 29th St. N.
Arlington, VA 22207
Telephone: (541) 915-3033
acordalis@ridgestoriffles.org

***Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Yurok Tribe***


*s/ Jeremiah D. Weiner (with permission)*
JEREMIAH D. WEINER (CSBA # 226340)
JOE MARTIN, Rosette, LLP
1415 L St., Suite 450
Sacramento, CA 95814
Telephone: (916) 353-1084
Fax: (916) 353- 1085
jweiner@rosettelaw.com

***Attorneys for The Klamath Tribes***

*s/ Thomas K. Snodgrass (with permission)*
THOMAS K. SNODGRASS, Senior Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-7233
Fax: 303-844- 1350
thomas.snodgrass@usdoj.gov

ROBERT P. WILLIAMS, Sr. Trial Attorney
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-307-6623
Fax: 202-305-0275
robert.p.williams@usdoj.gov

***Attorneys for Federal Defendants and Cross-Claimant United States of America***


*s/ Christopher A. Lisieski (with permission)*
Nathan R. Rietmann
Rietmann Law PC
1270 Chemeketa St. NE
Salem, OR 97301
Telephone: 503-551-2740
nathan@rietmannlaw.com

John P. Kinsey and Christopher A. Lisieski
Wanger Jones Helsley PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720
Telephone: 559-233-4800
Fax: 559-233-9330
jkinsey@wjhattorneys.com
clisieski@wjhattorneys.com

***Attorneys for Klamath Irrigation District***

I, Brittany K. Johnson, attest that each of the other signatories concurred in the filing of this document on today's date.

          *s/ Brittany K. Johnson*
          BRITTANY K. JOHNSON

**SOMACH SIMMONS & DUNN**
**A Professional Corporation**

1  **ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing on the motions will be held on November 30, 2022, at 2 p.m.**

3

4  DATED: July 20, 2022



Honorable William H. Orrick
United States District Court Judge

STIP. & [PROPOSED] ORDER TO ENLARGE TIME ON CROSS-MOTIONS FOR SUMMARY JUDGMENT   -2-
3:19-cv-04405-WHO