TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

THOMAS K. SNODGRASS, Senior Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-7233; Fax: 303-844-1350
Email: thomas.snodgrass@usdoj.gov

ROBERT P. WILLIAMS, Senior Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-307-6623; Fax: 202-305-0275
Email: robert.p.williams@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,<br><br>      Plaintiffs,<br><br> v.<br><br>U.S. BUREAU OF RECLAMATION and NATIONAL MARINE FISHERIES SERVICE,<br><br>      Defendants,<br><br> and<br><br>KLAMATH WATER USERS ASSOCIATION, THE KLAMATH TRIBES, and KLAMATH IRRIGATION DISTRICT,<br><br>      Intervenor-Defendants | Case No. 3:19-cv-04405-WHO<br><br>(Related Case No. 3:16-cv-04294-WHO)<br>(Related Case No. 3:16-cv-06863-WHO)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO ENLARGE TIME ON KLAMATH IRRIGATION DISTRICT'S MOTION TO STRIKE (DOC. 1039), MOTION FOR STAY (DOC. 1040), RULE 56(d) REQUEST TO EXTEND HEARING ON THE PENDING SUMMARY JUDGMENT MOTIONS AND PERMIT DISCOVERY (DOC. 1041-3), AND REQUEST FOR JUDICIAL NOTICE (DOC. 1042)**<br><br>DATE:  November 30, 2022<br>TIME: 2:00 p.m.<br>Courtroom 2, 17th Floor<br><br>Judge:  Honorable William H. Orrick |

UNITED STATES OF AMERICA,

                                    Cross-Claimant,

YUROK TRIBE, PACIFIC COAST
FEDERATION OF FISHERMEN'S
ASSOCIATIONS, and INSTITUTE FOR
FISHERIES RESOURCES,

                        Joined as Cross-Claimants,

        v.

KLAMATH WATER USERS ASSOCIATION
and OREGON WATER RESOURCES
DEPARTMENT,

                            Crossclaim-Defendants,

        and

KLAMATH IRRIGATION DISTRICT,

                            Intervenor-Defendant.

KLAMATH WATER USERS ASSOCIATION,

                            Counterclaimant,

        v.

UNITED STATES OF AMERICA,

                            Counterclaim-Defendant.

OREGON WATER RESOURCES
DEPARTMENT,

                            Counterclaimant,

        v.

UNITED STATES OF AMERICA,

                            Counterclaim-Defendant.

        Per Local Rule 6-2, Crossclaim Defendant Oregon Water Resources Department

(OWRD); Plaintiffs Yurok Tribe, Pacific Coast Federation of Fishermen's Associations, and

Institute for Fisheries Resources (collectively, "Plaintiffs"); Defendant and Crossclaimant United

States of America (United States); Crossclaim Defendant Klamath Water Users' Association

(KWUA); Intervenor Klamath Tribes; and Intervenor Klamath Irrigation District (KID) (all,

1   collectively, "the Parties") submit this stipulation and proposed order to enlarge time on the

2   briefing schedule for responses to and replies in support of KID's Motion to Strike (Doc. 1039),

3   Motion for Stay (Doc. 1040), Rule 56(d) Request to Extend Hearing on the Pending Summary

4   Judgment Motions and Permit Discovery (Doc. 1041-3), and Request for Judicial Notice

5   (collectively "KID's Motions").  The parties request that briefing on KID's Motions be placed

6   on the same schedule as briefing on the summary judgment motions and cross-motions filed in

7   connection with the First Cause of Action of the United States' crossclaim and KWUA's and

8   OWRD's counterclaims, with responses to KID's Motions due September 12, 2022 and KID's

9   replies due October 27, 2022.

10       The reason for the requested extension is to coordinate briefing between the pending

11   summary judgment motions and KID's Motions and to provide counsel additional time to

12   respond to KID's Motions, while also preparing summary judgment responses and replies and

13   responses to KID's motion to transfer this case, along with six other cases, filed July 29, 2022

14   with the United States Judicial Panel on Multidistrict Litigation.  The requested extension will

15   not result in delay because KID's Motions have been noticed for hearing on the same date as the

16   pending summary judgment motions – November 30, 2022.

17       The Parties previously stipulated to a two-week extension of the deadline for oppositions

18   to the United States' and Plaintiffs' motions for summary judgment and cross-motions for

19   summary judgment, ECF Nos. 1034, 1035, and subsequently to an additional four-day extension

20   for those opposition briefs and cross-motions.  ECF Nos. 1036, 1037.  The Parties also

21   previously stipulated to an extension of OWRD's responsive-pleading deadline.  ECF No. 990.

22   The Parties have not requested or received any other extensions of time since OWRD appeared

23   in this action.

24       Accordingly, the Parties stipulate as follows:

25       1.      The deadline for all oppositions to KID's Motions is extended from August 12,

26   2022 to September 12, 2022.

27       2.      The deadline for KID's replies in support of KID's Motions will be October 27,

28   2022.

1          3.      Counsel for the parties remain available for the November 30, 2022 hearing date.

2          **IT IS SO STIPULATED.**

3     DATED August 4, 2022

4     *s/ Brittany K. Johnson (with permission)*          *s/ Patti A. Goldman (with permission)*
      BRITTANY K. JOHNSON (CSBA # 282001)          PATTI A. GOLDMAN (WSBA # 24426)
5     Somach Simmons & Dunn, PC                    *[Pro Hac Vice]*
      500 Capitol Mall, Suite 1000                 KRISTEN L. BOYLES (CSBA # 158450)
6     Sacramento, CA 95814                         Earthjustice
      Telephone: (916) 446-7979                    810 Third Avenue, Suite 610
7     Fax: (916) 446-8199                          Seattle, WA 98104
                                                   Telephone: (206) 343-7340
8     bjohnson@somachlaw.com                       kboyles@earthjustice.org
                                                   pgoldman@earthjustice.org
9     **Attorneys for Defendant-Intervenor Klamath**
      **Water Users Association**
                                                   ANNA K. STIMMEL (CSBA # 322916)
10    ELLEN F. ROSENBLUM                           Earthjustice
      Attorney General                             50 California Street, Suite 500
11    Oregon Department of Justice                 San Francisco, CA 94111
                                                   Telephone: (415) 217-2000
12    *s/ Sara Van Loh (with permission)*          astimmel@earthjustice.org
      SARA VAN LOH #264704
13    Senior Assistant Attorney General            AMY CORDALIS (CSBA # 321257)
      100 SW Market Street                         4856 29th St. N.
14    Portland, OR 97201                           Arlington, VA 22207
      Telephone: (503) 881-9008                    Telephone: (541) 915-3033
15    Sara.vanloh@doj.state.or.us                  acordalis@ridgestoriffles.org

16    **Attorneys for Oregon Water Resources**     **Attorneys for Plaintiffs Pacific Coast**
      **Department**                               **Federation of Fishermen's Associations,**
17                                                 **Institute for Fisheries Resources, and**
       *s/ Thomas K. Snodgrass*                    **Yurok Tribe**
18    THOMAS K. SNODGRASS, Senior Attorney
      Natural Resources Section
19    999 18th Street, South Terrace, Suite 370    *s/ Jeremiah D. Weiner (with permission)*
      Denver, CO 80202                             JEREMIAH D. WEINER (CSBA # 226340)
20    Telephone: 303-844-7233                      JOE MARTIN, Rosette, LLP
      Fax: 303-844- 1350                           1415 L St., Suite 450
21    thomas.snodgrass@usdoj.gov                   Sacramento, CA 95814
                                                   Telephone: (916) 353-1084
22    ROBERT P. WILLIAMS, Sr. Trial Attorney       Fax: (916) 353- 1085
      Wildlife and Marine Resources Section        jweiner@rosettelaw.com
23    Ben Franklin Station, P.O. Box 7611
      Washington, D.C. 20044                       **Attorneys for The Klamath Tribes**
24    Telephone: 202-307-6623
      Fax: 202-305-0275
25    robert.p.williams@usdoj.gov

26    **Attorneys for Federal Defendants and**
      **Cross-Claimant United States of America**
27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*s/ Christopher A. Lisieski (with permission)*
Nathan R. Rietmann
Rietmann Law PC
1270 Chemeketa St. NE
Salem, OR 97301
Telephone: 503-551-2740
nathan@rietmannlaw.com

John P. Kinsey and Christopher A. Lisieski
Wanger Jones Helsley PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720
Telephone: 559-233-4800
Fax: 559-233-9330
jkinsey@wjhattorneys.com
clisieski@wjhattorneys.com

**Attorneys for Klamath Irrigation District**

        I, Thomas K. Snodgrass, attest that each of the other signatories concurred in the filing of

this document on today's date.

                                        *s/ Thomas K. Snodgrss*
                                        THOMAS K. SNODGRASS


                                **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: August 4, 2022

                                _____
                                Honorable William H. Orrick
                                United States District Court Judge