PATTI A. GOLDMAN (WSBA # 24426) (*pro hac vice*)
KRISTEN L. BOYLES (CSBA # 158450)
PAULO PALUGOD (WSBA # 55822) (*pro hac vice*)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Ph: (206) 343-7340
pgoldman@earthjustice.org
kboyles@earthjustice.org
ppalugod@earthjustice.org

ANNA K. STIMMEL (CSBA # 322916)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Ph: (415) 217-2000
astimmel@earthjustice.org

*Attorneys for Plaintiffs/Cross-Claimants Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Yurok Tribe*

AMY CORDALIS (CSBA # 321257)
4856 29th St. N.
Arlington, VA 22207
Ph: (541) 915-3033
acordalis@ridgestoriffles.org

*Attorney for Plaintiff/Cross-Claimant Yurok Tribe*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES,<br><br>Plaintiffs,<br>v.<br><br>U.S. BUREAU OF RECLAMATION, and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants,<br><br>and | Case No. 3:19-cv-04405-WHO<br><br>Related Cases: No. C16-cv-06863-WHO<br>No. C16-cv-04294-WHO<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO ENLARGE TIME FOR PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO STRIKE KWUA'S TRIBAL WATER RIGHTS ARGUMENT AND DECLARATIONS<br><br>DATE: December 7, 2022<br>TIME: 2:00 pm<br>LOCATION: Videoconference<br>JUDGE: Hon. William H. Orrick |

STIPULATION AND [~~PROPOSED~~] ORDER
TO ENLARGE TIME ON PLAINTIFFS' REPLY
Case No. 3:19-cv-04405-WHO

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104-1711*
*(206) 343-7340*

| | |
|---|---|
| KLAMATH WATER USERS ASSOCIATION, THE KLAMATH TRIBES, and KLAMATH IRRIGATION DISTRICT, | |
| Intervenor-Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Cross-Claimant, | |
| YUROK TRIBE, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, and INSTITUTE FOR FISHERIES RESOURCES, | |
| Joined as Cross-Claimants, | |
| v. | |
| KLAMATH WATER USERS ASSOCIATION, and OREGON WATER RESOURCES DEPARTMENT, | |
| Crossclaim-Defendants, | |
| and | |
| KLAMATH IRRIGATION DISTRICT, | |
| Intervenor-Defendant. | |

| | |
|---|---|
| KLAMATH WATER USERS ASSOCIATION, | |
| Counterclaimant, | |
| v. | |
| UNITED STATES OF AMERICA | |
| Counterclaim-Defendant. | |

| | |
|---|---|
| OREGON WATER RESOURCES DEPARTMENT, | |
| Counterclaimant, | |
| v. | |
| UNITED STATES OF AMERICA | |
| Counterclaim-Defendant. | |

STIPULATION AND [~~PROPOSED~~] ORDER
TO ENLARGE TIME ON PLAINTIFFS' REPLY
Case No. 3:19-cv-04405-WHO

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*

1       Per Local Rule 6-2, Plaintiffs Yurok Tribe, Pacific Coast Federation of Fishermen's Associations, and Institute for Fisheries Resources (collectively, "Plaintiffs"); Crossclaim Defendant Oregon Water Resources Department (OWRD); Defendant and Crossclaimant United States of America ("United States"); Crossclaim Defendant Klamath Water Users' Association ("KWUA"); Intervenor Klamath Tribes; and Intervenor Klamath Irrigation District ("KID") (all, collectively, "the Parties") submit this stipulation and proposed order to enlarge time for Plaintiffs' reply brief in support of their motion to strike KWUA's Tribal water rights argument and declarations (ECF No. 1069) by two weeks to November 1, 2022.

        The reason for the requested extension is that Plaintiffs' lead counsel was out of the office October 6–12, will be traveling on October 14, and will be on a work trip October 17–20, which includes the other attorneys and paralegals working on this matter.  Counsel and paralegals for Plaintiffs need additional time to prepare the reply brief.

        The parties have not previously extended the deadline for briefing on Plaintiffs' motion to strike (ECF No. 1069).  The Parties previously stipulated that briefing on KID's Motion to Strike (Doc. 1039), Motion for Stay (Doc. 1040), Rule 56(d) Request to Extend Hearing on the Pending Summary Judgment Motions and Permit Discovery (Doc. 1041-3), and Request for Judicial Notice (collectively "KID Motions") be placed on the same schedule as briefing on the summary judgment motions and cross-motions filed in connection with the First Cause of Action of the United States' crossclaim and KWUA's and OWRD's counterclaims, with responses to KID's Motions due September 12, 2022, and KID's replies due October 27, 2022.  ECF Nos. 1048, 1049.  The response deadline to KID's Motions was subsequently extended to September 26, 2022, and the reply deadline extended to November 9, 2022, along with a commensurate extension on responses and replies to the Parties' motions and cross-motions for summary

STIPULATION AND [~~PROPOSED~~] ORDER
TO ENLARGE TIME ON PLAINTIFFS' REPLY
Case No. 3:19-cv-04405-WHO - 1

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*

1  judgment. Doc. 1056. The Parties also previously stipulated to a two-week extension of the

2  deadline for oppositions to the United States' and Plaintiffs' motions for summary judgment and

3  cross-motions for summary judgment. ECF Nos. 1034, 1035. The Parties also previously

4  stipulated to an extension of OWRD's responsive-pleading deadline. ECF No. 990.

5       Accordingly, the Parties stipulate as follows:

6       1.)    The deadline for Plaintiffs to file a reply brief in support of their motion to strike

7  KWUA's Tribal water rights argument and declarations (ECF No. 1069) will be November 1,

8  2022.

9       2.)    Counsel for the Parties remain available for the December 7, 2022,

10  videoconference hearing date.

11  **IT IS SO STIPULATED.**

12  Dated: October 14, 2022

13  *s/ Patti A. Goldman*
PATTI A. GOLDMAN (WSBA # 24426)
*[Pro Hac Vice]*
14  KRISTEN L. BOYLES (CSBA # 158450)
PAULO PALUGOD (WSBA # 55822)
15  *[Pro hac vice]*
Earthjustice
16  810 Third Avenue, Suite 610
Seattle, WA 98104
17  Telephone: (206) 343-7340
kboyles@earthjustice.org
pgoldman@earthjustice.org
18  ppalugod@earthjustice.org

19  ANNA K. STIMMEL (CSBA # 322916)
Earthjustice
20  50 California Street, Suite 500
San Francisco, CA 94111
21  Telephone: (415) 217-2000
astimmel@earthjustice.org

22  **Attorneys for Plaintiffs Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Yurok Tribe**

*s/ Paul S. Simmons (with permission)*
PAUL S. SIMMONS (CSBA # 127920)
BRITTANY K. JOHNSON (CSBA # 282001)
Somach Simmons & Dunn, PC
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Fax: (916) 446-8199
psimmons@somachlaw.com
bjohnson@somachlaw.com

**Attorneys for Defendant-Intervenor Klamath Water Users Association**

*s/ Jeremiah D. Weiner (with permission)*
JEREMIAH D. WEINER (CSBA # 226340)
Rosette, LLP
1415 L St., Suite 450
Sacramento, CA 95814
Telephone: (916) 353-1084
Fax: (916) 353- 1085
jweiner@rosettelaw.com

**Attorney for The Klamath Tribes**

24  STIPULATION AND [~~PROPOSED~~] ORDER
TO ENLARGE TIME ON PLAINTIFFS' REPLY
25  Case No. 3:19-cv-04405-WHO - 2

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104-1711*
*(206) 343-7340*

AMY CORDALIS (CSBA # 321257)
4856 29th St. N.
Arlington, VA 22207
Telephone: (541) 915-3033
acordalis@ridgestoriffles.org

*Attorney for*
*Yurok Tribe*


ELLEN F. ROSENBLUM
Attorney General
Oregon Department of Justice

*s/ Sara Van Loh (with permission)*
SARA VAN LOH #264704
J. NICOLE DEFEVER #191525
Senior Assistant Attorney General
YOUNGWOO JOH OSB #164105
[*Pro Hac Vice*]
Assistant Attorney General
100 SW Market Street
Portland, OR 97201
Telephone: (503) 881-9008
Sara.vanloh@doj.state.or.us

*Attorneys for Oregon Water Resources Department*

*s/ Christopher A. Lisieski (with permission)*
JOHN P. KINSEY and
CHRISTOPHER A. LISIESKI
Wanger Jones Helsley PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720
Telephone: 559-233-4800
Fax: 559-233-9330
jkinsey@wjhattorneys.com
clisieski@wjhattorneys.com

NATHAN R. RIETMANN
Rietmann Law PC
1270 Chemeketa St. NE
Salem, OR 97301
Telephone: 503-551-2740
nathan@rietmannlaw.com

*Attorneys for Klamath Irrigation District*


*s/ Thomas K. Snodgrass (with permission)*
THOMAS K. SNODGRASS, Senior Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-7233
Fax: 303-844- 1350
thomas.snodgrass@usdoj.gov

ROBERT P. WILLIAMS, Sr. Trial Attorney
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-307-6623
Fax: 202-305-0275
robert.p.williams@usdoj.gov

*Attorneys for Federal Defendants and Cross-Claimant United States of America*

I, Patti A. Goldman, attest that each of the other signatories concurred in the filing of this document.

*s/ Patti A. Goldman*
PATTI A. GOLDMAN

STIPULATION AND [~~PROPOSED~~] ORDER
TO ENLARGE TIME ON PLAINTIFFS' REPLY
Case No. 3:19-cv-04405-WHO - 3

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*

1  **ORDER**

2

3  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

5  DATED: October 14, 2022

6  _____
7  Honorable William H. Orrick
   United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  STIPULATION AND [PROPOSED] ORDER
    TO ENLARGE TIME ON PLAINTIFFS' REPLY
25  Case No. 3:19-cv-04405-WHO - 4

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104-1711*
*(206) 343-7340*